IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-20-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES EDWARD JACKSON, | |
| Defendant. | |

On August 22, 2019, the undersigned ordered the Defendant, Charles Jackson (Jackson) undergo formal mental heath evaluation pursuant to § 18 U.S.C. 4244(b). (Doc. 81.) On September 30, 2019, the undersigned received a letter from Heriberto H. Tellez, Warden, Federal Bureau of Prisons, Metropolitan Detention Center where Jackson is being evaluated, asking for a 15 day extension of the evaluation. Warden Tellez anticipates the evaluation of Jackson will be completed by October 21, 2019, withe the report submitted to the Court by November 12, 2019.

Accordingly, pursuant to Title 18 U.S.C. §4241(d), **IT IS ORDERED** that Jackson's evaluation will be submitted to the Court no later than November 12, 2019.

DATED this 1st day of October, 2019.

John Johnston
United States Magistrate Judge